# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

| | |
|---|---|
| DAVID L. CONIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:15-cv-00160-RLY-MPB |
| v. | ) |
| | ) |
| BFI WASTE SERVICES OF INDIANA, | ) |
| LP, d/b/a REPUBLIC SERVICES OF | ) |
| EVANSVILLE, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties hereby stipulate that any and all claims asserted by Plaintiff David L. Conia against Defendant BFI Waste Services of Indiana, LP d/b/a Republic Services of Evansville be dismissed with prejudice. The parties further stipulate that costs and fees shall be borne by the respective parties.


*s/ Benjamin R. Aylsworth*
Benjamin R. Aylsworth, Esq.
Biesecker Dutkanych & Macer, LLC
411 Main Street
Evansville, IN 47708

*s/ Kathleen M. Anderson*
Kathleen M. Anderson (16351-92)
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, IN  46802

R. Holtzman Hedrick (#29762-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204

ATTORNEYS FOR PLAINTIFF        ATTORNEYS FOR DEFENDANT