### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

| | |
|---|---|
| DAVID L. CONIA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:15-cv-00160-RLY-MPB ) |
| BFI WASTE SERVICES OF INDIANA, LP, d/b/a REPUBLIC SERVICES OF EVANSVILLE, | ) ) ) ) |
| Defendant. | ) ) |

### ORDER OF DISMISSAL

The parties have stipulated that any and all claims asserted by Plaintiff David L. Conia be dismissed with prejudice. The Court has reviewed the Stipulation for Dismissal With Prejudice, finds it sufficient, and hereby ORDERS that any and all claims asserted by Plaintiff be dismissed with prejudice, costs borne by the respective parties.

SO ORDERED this  28th  day of October, 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

**Distribution to**:

Benjamin R. Aylsworth, Esq.
Biesecker Dutkanych & Macer, LLC
411 Main Street
Evansville, IN 47708

Kathleen M. Anderson, Esq.
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, IN  46802

R. Holtzman Hedrick, Esq.
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204